ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY  Shy                      DEPUTY

ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KIM PACE-WHITE, | Case No. EDCV 11-01424 SJO (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| LYDIA C. HENSE, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: September 30, 2011

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE